In the Matter of the Claim of MARC DREYFUS, Respondent, v. PHILIPS LABORATORIES et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— GABRIELLI, J.

1034

Herlihy, J. P., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Gabrielli, J.